UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LESTER LEMONS, II,

      Plaintiff,

v.             Case No. 16-cv-371-pp

ANDREW LARSON, *et al.*,

      Defendants.

## ORDER DISMISSING PLAINTIFF'S CASE WITH PREJUDICE

On September 13, 2018, the court decided that some of the plaintiff's claims survived summary judgment. Dkt. No. 66. By that time, the plaintiff no longer was in the custody of the DOC. The plaintiff had not informed the court of his current address, so the court was unable to communicate its decision to him. The court noted that it could not proceed to the next stage of the case without the plaintiff, so it gave him ninety days to inform the court of his current address. The court warned the plaintiff that if he did not comply with the court's order, the court would dismiss the case with prejudice based on his failure to diligently prosecute it. The deadline has passed, and the court has not heard from the plaintiff, so it will dismiss the case.

The court **ORDERS** that this case is **DISMISSED WITH PREJUDICE** based on the plaintiff's failure to diligently pursue it. See Civil L.R. 41(c) ("Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action . . ., the Court may enter an order of dismissal with or

1

without prejudice. Any affected party may petition for reinstatement of the action within 21 days.")

Dated in Milwaukee, Wisconsin, this 3rd day of January, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**